UNPUBLISHED

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

KENNETH HARTMAN CONNER, JR.,
         *Petitioner-Appellant,*

v.                                                    No. 01-6702

UNITED STATES OF AMERICA,
         *Respondent-Appellee.*

Appeal from the United States District Court
for the Eastern District of North Carolina, at Raleigh.
James C. Fox, Senior District Judge.
(CA-00-898-5-F)

Submitted: September 20, 2001

Decided: October 1, 2001

Before LUTTIG, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

## COUNSEL

Kenneth Hartman Conner, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

## OPINION

PER CURIAM:

Kenneth Hartman Conner, Jr., seeks to appeal the district court's order denying relief without prejudice on his action challenging his conviction and sentence imposed in the United States District Court for the Eastern District of Virginia. Conner filed his claim for relief under 28 U.S.C. § 2241 (1994). Because he was challenging his sentence, the district court construed his action as a 28 U.S.C.A. § 2255 (West Supp. 2001) motion and denied relief on the ground that the court lacked jurisdiction. Conner seeks to challenge the validity of his drug conspiracy conviction and sentence under *Apprendi v. New Jersey*, 530 U.S. 466 (2000). Even if *Apprendi* claims are cognizable under § 2241, Conner's sixty-eight-month sentence for conspiring to distribute and possess with intent to distribute methamphetamine in violation of 21 U.S.C.A. § 846 (West 1999) does not violate *Apprendi*. *See United States v. Angle*, 254 F.3d 514, 518 (4th Cir. 2001) (en banc) (finding no *Apprendi* error where sentence for conspiracy to commit drug offense involving unspecified drug quantity was under twenty years), *petition for cert. filed*, Aug. 16, 2001 (No. 01-5838). Accordingly, we affirm the district court's order denying relief without prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*